# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 17, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

136557(17)(18)(19)

GERALD WILSON,
   Plaintiff-Appellee,

v

COMCAST CABLEVISION CORPORATION
and FIDELITY & GUARANTY INSURANCE
COMPANY,
   Defendants-Appellants,
and

SENTRY INSURANCE A MUTUAL
COMPANY,
   Defendant-Appellee.
_____/

SC: 136557
COA: 281228
WCAC: 06-000037

  On order of the Court, the motion for reconsideration of this Court's September 9, 2008 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously. The motion for immediate consideration of the stay motion is GRANTED. The motion for stay is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 17, 2008

_____
Clerk

d1014